# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3755

_____

| | | |
|---|---|---|
| Jerome N. Wallace, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Ellisville Health Care Center; Reliant | * | |
| Care Group, Inc., also known as | * | [UNPUBLISHED] |
| R.C.G., Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 26, 2000

Filed:  July 3, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Jerome N. Wallace brought this action against Ellisville Health Care Center (Ellisville) and Reliant Care Group, Inc. (R.C.G.), alleging he was fired in violation of Title VII, 42 U.S.C. § 1981, and the Americans with Disabilities Act. The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c), and the magistrate judge granted summary judgment to Ellisville and R.C.G. Wallace now appeals. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the magistrate judge's thorough memorandum. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.